

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00143-CV

**Felicia Nicole Jones**

**v.**

**Macy's, Eric Limbocker, Citibank, and Houston Federal Credit Union**

NO. 74030 IN THE 239TH DISTRICT COURT OF BRAZORIA COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 06/02/2015 | NOT PAID | ANT |
| MT FEE | $10.00 | 12/03/2014 | NOT PAID | ANT |
| MT FEE | $10.00 | 08/19/2014 | E-PAID | APE |
| MT FEE | $10.00 | 07/09/2014 | E-PAID | APE |
| MT FEE | $10.00 | 05/22/2014 | E-PAID | APE |
| CLK RECORD | UNKNOWN | 04/10/2014 | NOT PAID | ANT |
| STATEWIDE EFILING | $20.00 | 04/01/2014 | PAID | ANT |
| FILING | $175.00 | 04/01/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $245.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this August 28, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**